

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00433-CR

Troy **SANCHEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 19-03-047-CRW
Honorable Lynn Ellison, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 11, 2020.

_____
Rebeca C. Martinez, Justice